IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ESTATES OF WILLIAM I. GRIFFITH, et al.,

        Plaintiffs,

v.                        CIVIL ACTION NO.  2:10-cv-00716

JOSEPH MAIN, et al.,

        Defendants.

**ORDER**

On this date, the above-styled matter came before this Court for consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 2).  The Court has reviewed the motion and the entire record therein and finds that Plaintiffs' motion is unaccompanied by a supporting memorandum.  *Local Rule* 7.1(a) requires that "[a]ll motions shall be concise, state the relief requested precisely, and be filed timely but not prematurely."  LR Civ P 7.1(a)(1).  The Local Rule further instructs that a supporting memorandum of not more that 20 pages in length must accompany a motion for injunctive relief or for a temporary restraining order.  *See* LR Civ P 7.1(a)(2).  Prior to the Court making any determination with respect to whether to hold a hearing on the afore-mentioned motion, the Court does hereby **ORDER** that no later than the close

of business on **Thursday, May 13, 2010**, Petitioner shall file such memorandum in accordance with this Court's Local Rules.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: May 10, 2010

IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA